## William S. Maynard v. Thomas J. Hoskins and others.

A copy of the bond given on appeal in chancery, should be sent up by the Register with the record. It is not sufficient that the Register certifies that an appeal bond was duly approved and filed.

This court will not dismiss an appeal duly taken, for a failure of the Register to send up a copy of the appeal bond; but a further return will be ordered for the purpose of bringing it up.

*Heard and decided April 17th.*